IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 14-cv-00653-AP

Geri L. Connors,

      Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.      APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Frederick W. Newall
730 N. Weber, #101
Colorado Springs, CO 80903
719-633-5211
fnewall@qwestoffice.net

For Defendant:
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Complaint Was Filed:      March 3, 2014**

        **B.**        **Date Complaint  Was Served on U.S. Attorney's Office:**

        **C.**        **Date Answer and Administrative Record Were Filed: May 1, 2014**

**4.**        **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.**        **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.**        **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.**        **OTHER MATTERS**

The parties state that there are no other matters.

**8.**        **BRIEFING SCHEDULE**

The parties agreed to the following schedule:

        **A.**        **Plaintiff's Opening Brief Due:**        **June 30, 2014**

        **B.**        **Defendant's Response Brief Due:**        **July 30, 2014**

        **C.**        **Plaintiff's Reply Brief (If Any) Due:**        **August 14, 2014**

**9.**        **STATEMENTS REGARDING ORAL ARGUMENT**

        **A.**        **Plaintiff's Statement:**        Plaintiff does not request oral argument.

        **B.**        **Defendant's Statement:**        Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

**A.**    **(  )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.**    **(X )**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 22nd day of May, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

JOHN F. WALSH
UNITED STATES ATTORNEY

APPROVED:

/s/ *Frederick W. Newall*                    J. BENEDICT GARCÍA
730 N. Weber, #101                           Assistant United States Attorney
Colorado Springs, CO 80903                   United States Attorney's Office
719-633-5211                                 District of Colorado
fnewall@qwestoffice.net

                                             *s/ Christina J. Valerio*
                                             Christina J. Valerio
                                             Assistant Regional Counsel
                                             Social Security Administration
                                             Office of General Counsel, Region VIII
                                             1961 Stout, Suite 4169
                                             Denver, CO 80294
                                             Telephone: (303) 844-7348
                                             Facsimile: (303) 844-0770
                                             Christina.valerio@ssa.gov